# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Robart, James L. | 2. Court or Organization<br><br>U.S. Dist Court, W.D. of WA | 3. Date of Report<br><br>05/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>700 Stewart Street, 14th Floor<br>Seattle, WA 98101 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Whitman College |
| 2. | Trustee | Foundation # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Washington Law School | March 21-26, 2011 | Alicante, Spain | IP Program | Airfare and Lodging |
| 2. | American Conference Institute | March 31-April 4, 2011 | Chicago, Illinois | Trucking Litigation CLE | Airfare and Parking |
| 3. | American Conference Institute | April 4-5, 2011 | Miami, Florida | Long-Term Care Litigation CLE | Airfare, Taxi, and Parking |
| 4. | American Conference Institute | April 14-15, 2011 | San Francisco, California | ERISA CLE | Airfare, Taxi, and Parking |
| 5. | American Conference Institute | April 27-28, 2011 | Chicago, Illinois | Chemical Products Liability CLE | Airfare, Taxi, and Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/08/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Conference Institute | May 23-24, 2011 | New York, New York | Wage & Hour CLE | Airfare, Taxi, and Parking |
| 7. | American Conference Institute | October 27-28, 2011 | Orlando, Florida | Consumer Finance CLE | Airfare, Taxi, and Parking |
| 8. | American Conference Institute | November 8-9, 2011 | Phoenix, Arizona | Manged Care CLE | Airfare, Taxi, and Parking |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Whitman College | Multi-year pledge | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | J | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2011 - $264,700) | A | Rent | O | S | | | | | |
| 4. Seattle, WA King Cnty Rental Property (2010 - $249,000) | D | Rent | M | S | | | | | |
| 5. Bank of Washington Common Stock | | None | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 7. -- Starbucks Common Stock | D | Dividend | O | T | | | | | |
| 8. -- Schwab Money Fund | A | Interest | M | T | | | | | |
| 9. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 10. -- Gabriel Technologies Corp. | | None | J | T | Sold (part) | 07/05/11 | J | | See Note 1 |
| 11. -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | | | | | |
| 12. -- MSCI EAFE Index Fund | D | Dividend | M | T | | | | | |
| 13. -- S&P 600 I-Shares | D | Dividend | O | T | Sold (part) | 01/03/11 | L | D | |
| 14. -- Vanguard REIT Fund | D | Dividend | N | T | | | | | |
| 15. -- S&P 500 IShares | D | Dividend | O | T | | | | | |
| 16. -- Boston Priv. Fin. Hldg. | A | Dividend | L | T | | | | | |
| 17. Chevron Common Stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Vanguard GNMA Mutual Fund | D | Dividend | M | T | Donated (part) | | | | |
| 19. | BROKERAGE IRA #1 | | | | | | | | | |
| 20. | --Gov't FHLBB Notes | C | Interest | L | T | | | | | |
| 21. | -- Resolution Trust Strips | | None | L | T | Matured (part) | 07/15/11 | L | E | |
| 22. | -- Fed Nat Mortg. Notes | D | Interest | L | T | Matured (part) | 11/15/11 | M | B | |
| 23. | -- MSCI EAFE Index I-Shares | D | Dividend | O | T | | | | | |
| 24. | -- S&P 600 IShares | D | Dividend | P1 | T | | | | | |
| 25. | -- SW Bank of St. Louis CD | C | Interest | L | T | | | | | |
| 26. | -- Costco Corp. Notes | C | Interest | L | T | | | | | |
| 27. | -- Nat. City Bank CD | C | Interest | L | T | | | | | |
| 28. | -- First Bank of Puerto Rico CD | C | Interest | L | T | | | | | |
| 29. | -- GE Capit. Notes | C | Interest | L | T | Matured (part) | 11/21/11 | L | | |
| 30. | -- Banco Pop. Corp. N.A. CD | C | Interest | L | T | | | | | |
| 31. | -- GE Money Bank CD | C | Interest | L | T | | | | | |
| 32. | -- U.S. Treasury Strips | | None | K | T | Matured (part) | 05/15/11 | J | | |
| 33. | -- S&P 500 I-Shares | C | Dividend | N | T | Buy (add'l) | 01/03/11 | L | | |
| 34. | -- Schwab Money Fund | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Capmark Bank CD | C | Interest | L | T | | | | | |
| 36. -- SallieMae Bank CD | C | Interest | L | T | | | | | |
| 37. -- U.S. TIPS | | None | N | T | Buy (add'l) | 04/21/11 | M | | |
| 38. -- Vanguard REIT | D | Dividend | O | T | | | | | |
| 39. -- Emrg. Mkt. I-Share | B | Dividend | M | T | Buy (add'l) | 01/03/11 | L | | |
| 40. -- General Mills Notes | C | Interest | L | T | | | | | |
| 41. -- Bank of America Notes | C | Interest | L | T | | | | | |
| 42. -- Morgan Stanley Notes | D | Interest | L | T | | | | | |
| 43. --CISCO Systems Note | C | Interest | M | T | Buy | 01/07/11 | L | | |
| 44. -- Discover Bank CD | B | Interest | L | T | Buy | 07/12/11 | L | | |
| 45. --Goldman Sachs Notes | B | Interest | L | T | Buy | 10/03/11 | L | | |
| 46. BROKERAGE IRA #2 | | | | | | | | | |
| 47. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 48. -- Janus Balanced Mut. Fund | A | Dividend | K | T | | | | | |
| 49. -- T.R. Price New Asia Mut. Fund | C | Dividend | K | T | | | | | |
| 50. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 51. -- MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- S&P 500 I-Shares | A | Dividend | M | T | | | | | |
| 53. -- MSCI Em. Mkts I Share | A | Dividend | L | T | | | | | |
| 54. -- S&P 600 I Shares | A | Dividend | L | T | | | | | |
| 55. FOUNDATION # 1 | | | | | | | | | |
| 56. -- Boeing Common Stock | B | Dividend | K | T | | | | | |
| 57. -- Exxon Mobil Common Stock | B | Dividend | K | T | | | | | |
| 58. -- IBM Common Stock | A | Dividend | L | T | Buy | 08/08/11 | K | | |
| 59. -- 3M Common Stock | B | Dividend | K | T | | | | | |
| 60. -- RBC Prime Money Fund | A | Dividend | K | T | | | | | |
| 61. -- PacCar Inc. | A | Dividend | | | Sold | 11/20/11 | K | D | |
| 62. -- Eagle Mid Cap Fund | A | Dividend | M | T | Buy (add'l) | 01/20/11 | K | | |
| 63. -- Fidelity Lev. Co. Fund | B | Dividend | M | T | Buy (add'l) | 01/20/11 | L | | |
| 64. -- Keeley Sm. Cap. Fund | A | Dividend | M | T | Buy (add'l) | 01/20/11 | K | | |
| 65. -- Russell Emerg. Mkts FD | B | Dividend | L | T | | | | | |
| 66. -- Thornberg Int'l Value FD | B | Dividend | M | T | | | | | |
| 67. -- Thornberg Int'l Growth FD | A | Dividend | M | T | | | | | |
| 68. -- Eaton Vance Income FD | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Pimco Bd. Fund | C | Interest | M | T | | | | | |
| 70. -- J.P. Morgan Income Bd. Fund | D | Interest | M | T | | | | | |
| 71. -- Praxair | A | Dividend | L | T | | | | | |
| 72. -- IShares Med Devices | A | Dividend | L | T | | | | | |
| 73. -- IShares Global Materials Index | A | Dividend | | | Sold | 08/16/11 | L | D | |
| 74. -- IShares Tech Index | A | Dividend | K | T | | | | | |
| 75. -- IShares Consumer Serv Index | A | Dividend | K | T | | | | | |
| 76. -- J.P. Morgan Large Cap Fund | B | Dividend | N | T | | | | | |
| 77. -- J.P. Morgan Alerian Index | A | Dividend | | | Sold | 03/11/11 | K | D | |
| 78. --UIT First Trust Global | D | Dividend | M | T | Buy | 08/16/11 | M | | |
| 79. --Pimco All Assets Fund | D | Dividend | M | T | Buy | 08/16/11 | M | | |
| 80. Vanguard Intl. Tax Managed Fund | E | Dividend | O | T | | | | | |
| 81. TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 82. -- 6/30/13 Note | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Line 10:  Energy Connect Group sold to Gabriel Technologies Corp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544